IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Orlando Hill, ) | C/A No. 0:15-1602-TMC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dennis Bush, *Warden, Trenton Corr. Inst.,* ) | |
| *S.C.D.C.*, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner filed an action seeking habeas corpus relief under 28 U.S.C. § 2254. On April 22, 2015, the court issued an order allowing Petitioner an opportunity to pay the filing fee, or submit the financial document necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 5). The order warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

May 29, 2015
Anderson, South Carolina

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.