AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert Orlando Hill, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   0:15-cv-01602-TMC-PJG |
| Dennis Bush, Warden, Trenton Corr. Inst., S.C.D.C., | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with
costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____ .

■    other: the petitioner, Robert Orlando Hill, shall take nothing of the respondent, Dennis Bush, as to the petition filed

and this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of

Civil Procedure.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding.  The Court dismissed the petition
without prejudice for lack of prosecution.

Date:   May 29, 2015                                    *ROBIN L. BLUME, CLERK OF COURT*


                                                               s/G. Mills

                                          _____
                                          *Signature of Clerk or Deputy Clerk*