AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Orlando Hill, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    0:15-cv-01602-TMC |
| Dennis Bush, Warden, Trenton Corr. Inst., S.C.D.C., ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Robert Orlando Hill, shall take nothing of the respondent, Dennis Bush, and this action is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the petition for lack of prosecution.

Date:   January 29, 2016                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    *s/M. Walker*
                                                                                                    *Signature of Clerk or Deputy Clerk*